IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ESTATE OF JOSHUA VYSE and
ALEXANDRA FRASIER,

    Plaintiffs,

                         Case No. 26-CV-377

SENTRY INSURANCE COMPANY,

    Involuntary Plaintiff,

v.

KADANT BLACK CLAWSON LLC,
VOITH US INC., ABC INSURANCE COMPANY
and DEF INSURANCE COMPANY

    Defendants.

## DEFENDANT'S NOTICE OF REMOVAL

PLEASE TAKE NOTICE that Defendant, Voith US Inc., by its attorneys, Crivello, Nichols & Hall, S.C., pursuant to 28 U.S.C. §§ 1332 and 1441(b), file this Notice of Removal with the Court as follows:

1.      A civil action, Portage County Case No. 26-CV-105, has been commenced and is currently pending between the above-named parties.

2.      The Summons and Complaint in Case No. 26-CV-105 was filed on March 26, 2026, and served on Defendants March 27, 2026, less than thirty (30) days ago. A true and correct copy of the Complaint and associated documents, are attached hereto as **Exhibit A**.

3.      The Complaint in Case No. 26-CV-105 includes claims of wrongful death, strict liability: defective design, and negligence.

4.     The United States District Court for the Western District of Wisconsin has jurisdiction over this action for the following reasons:

a.     pursuant to 28 U.S.C. §§ 1332 and 1441(b), the matter in controversy presents a wrongful death, negligence, and a products liability claim, with the parties having a diversity of citizenship and a case value over $75,000, to which this federal district court has original jurisdiction;

b.     the case will be properly venued in the United States District Court for the Western District of Wisconsin, as the alleged events forming the basis for Plaintiffs' claims occurred within the Western District;

c.     the time permitted by statute for filing this notice of removal has not expired.

5.     Concurrent with filing this notice of removal, Defendants will notify all parties and Portage County Circuit Court, Branch 3, that this case has been removed to the United States District Court for the Western District of Wisconsin as required by 28 U.S.C. § 1446(d).

### JURY DEMAND FOR ALL FACTUAL ISSUES

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Defendant hereby demands trial by jury.

Dated this 24th day of April, 2026.

CRIVELLO, NICHOLS & HALL, S.C.
Attorneys for Defendant Voith US Inc.

By:  *Electronically signed by Benjamin J. Nichols*
SAMUEL C. HALL, JR.
State Bar No: 1045476
BENJAMIN J. NICHOLS
State Bar No: 1138101
710 N. Plankinton Avenue, #500
Milwaukee, WI 53203
Telephone:     414-271-7722
Email: shall@crivellolaw.com
           bnichols@crivellolaw.com